**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WILLIE  JAMES MITCHUM,

    Plaintiff,

v.                                                     CASE NO. 4:11cv273-MP-WCS

A. KIRKLAND and
DR. BLANKENSHIP,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 30, 2011.  (Doc. 30).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    Except as noted in the footnote below, the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.[1]

    2.    Defendant Kirkland's motion to dismiss (doc. 26) is GRANTED.

---

[1] On page 3 of the Report and Recommendation, the magistrate judge states that "Plaintiff failed to submit any other grievance appeals concerning those issues, but instead, initiated this civil rights action on June 3, 2011."  This is incorrect.  Plaintiff attached copies of two informal grievances to his complaint.

      3.    Plaintiff's complaint (doc. 1) is DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e) and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

**DONE and ORDERED** this 5th day of January, 2012.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**